IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD NEMETZ; OPPORTUNITY BANK OF MONTANA; and PARK COUNTY, MONTANA,<br><br>Defendants. | CV 21-77-BLG-SPW-TJC<br><br>**ORDER** |

The United States of America has filed a Stipulation Regarding Time to Answer Complaint. (Doc. 8.) The parties have stipulated that Defendants Ronald Nemetz; Opportunity Bank of Montana; and Park County, Montana, shall have until November 23, 2021, to respond to the United States' Complaint. (Doc. 8.) Good cause appearing, IT IS HEREBY ORDERED that the Defendants' Answers be filed by **November 23, 2021**.

**IT IS ORDERED**.

DATED this 26th day of October, 2021.

                                                    _____
                                                    TIMOTHY J. CAVAN
                                                    United States Magistrate Judge

1